COM.

v.

**WILLIAMS, E.**

**1490 EDA 2015**

Superior Court of Pennsylvania.

04/21/2017

MC–51–CR–0041104–2014
(Philadelphia)

Affirmed

COM

v.

**GILMORE, M.**

**1115 EDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–51–CR–0705281–2000
(Philadelphia)

Affirmed

COM.

v.

**COBO, V.**

**3066 EDA 2015**

Superior Court of Pennsylvania.

04/21/2017

MC–51–CR–0036604–2014 (Philadelphia)

Affirmed

COM.

v.

**BENEFIELD, E.**

**1221 EDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–15–CR–0003388–2015 (Chester)

Appeal Dismissed